# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE KOCORAS**
**MAGISTRATE JUDGE VALDEZ**

In the Matter of

LEANN SEXTON v. VILLAGE OF FOREST VIEW, et al.

Case Number:

**08 C 984**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEANN SEXTON

**FILED**

**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Nicholas C. Kefalos | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Nicholas C. Kefalos | |
| FIRM <br> VERNOR MORAN, LLC | |
| STREET ADDRESS <br> 27 North Wacker Drive, Suite 2000 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606-2800 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270051 | TELEPHONE NUMBER <br> (312) 264-4460 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |