# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case: 08 C 0984

LEANN SEXTON,

       Plaintiff,

v.                                                             Judge Charles P. Kocoras

VILLAGE OF FOREST VIEW, ET AL.,

       Defendants.

An Appearance Is Hereby Filed By The Undersigned As Attorney For:

J. Scott Denton, Defendant.

| | |
|---|---|
| NAME | Daniel J. Fahlgren, Assistant State's Attorney |
| SIGNATURE | *s/Daniel J. Fahlgren* |
| FIRM | COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS | 500 RICHARD J. DALEY CENTER |
| CITY/STATE/ZIP | CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 603-3304 |
|---|---|
| 06201163 | Dfahlgr@cookcountygov.com |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |