90/08-5839.DW.mew

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON,             ) | |
|                           ) | |
|     Plaintiff,    ) | |
|                           ) | |
|     v.            ) | No.: 08 C 984 |
|                           ) | |
| VILLAGE OF FOREST VIEW, an Illinois ) | Judge Charles P. Kocoras |
| Municipal Corporation; and GLEN DAVID; ) | |
| and JEFFREY GALE, Both in Their Individual ) | Magistrate Maria Valdez |
| and in Their Official Capacities as Officers of ) | |
| the VILLAGE OF FOREST VIEW POLICE ) | |
| DEPARTMENT; and LESTER ANTOS; ) | |
| RALPH RIHA; and DAVID DELORENZO, ) | |
| Both in Their Individual and Their Official ) | |
| Capacities as Officers of the VILLAGE OF ) | |
| FOREST VIEW FIRE DEPARTMENT; ) | |
| VILLAGE OF BROOKFIELD, An Illinois ) | |
| Municipal Corporation; and THOMAS ) | |
| SCHOENFELD; MICHAEL MANESCALCHI; ) | |
| JEFFREY LEH; and MICHELLE ROBBINS, ) | |
| Both in Their Individual and in Their Official ) | |
| Capacities as Officers of the VILLAGE OF ) | |
| BROOKFIELD POLICE DEPARTMENT; ) | |
| COUNTY OF COOK, an Illinois Municipal ) | |
| Corporation; and J. SCOTT DENTON; ) | |
| ANTHONY ORTIZ; MARVIN MENCONI, ) | |
| Both in Their Individual and in Their Official ) | |
| Capacities as Officers of the COUNTY OF ) | |
| COOK, OFFICE OF THE MEDICAL ) | |
| EXAMINER, ) | |
|                           ) | |
|     Defendant.    ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER**

    1. Defendants respectfully move for an extension in which to file an answer and in support thereof states as follows.

2. The answer is due on June 6, 2008 and a status date has been set for June 11, 2008.

3. Upon suggestion of plaintiff, all the related parties were to provide Rule 26(a) disclosures in order to begin settlement discussions.

4. We have not received Rule 26(a) disclosures from any of the parties.

5. We have not received any outline of a settlement agreement from the plaintiff.

6. Defendants respectfully request a 14 day extension from the status date of June 11, 2008 on or before June 25, 2008.

          Respectfully submitted by,

          s/ Misha Desai
          Misha Desai, Attorney I.D. #6292695,
          One of the attorneys for the Defendants
          VILLAGE OF FORESTVIEW; DAVID GLENN and SGT. GALE both individually and in their official capacity as officers of the Village of Forestview Police Department; Firefighters ANTOS, RIHA, DELORENZO both individually and in their official capacity as officers of the Village of Forestview Fire Department

          KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
          2860 River Road, Suite 400
          Des Plaines, IL 60018-6009
          Telephone:   847-298-8000
          Facsimile:    847-298-8014
          E-Mail:        mdesai@khkklaw.com

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on June 3, 2008, the foregoing ***MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

- **Misha Desai**
  mdesai@khkklaw.com

- **Daniel J. Fahlgren**
  dfahlgr@cookcountygov.com

- **Nicholas Constantine Kefalos**
  nkefalos@vernormoran.com

- **William W. Kurnik**
  bkurnik@khkklaw.com

- **John Francis O'Reilly**
  oreillylaw@msn.com

- **Molly Maureen O'Reilly**
  mollyoreillylaw@yahoo.com

s/ Misha Desai
MISHA DESAI, Attorney I.D. #6292695
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:    847-298-8000
Facsimile:    847-298-8014
E-Mail:    mdesai@khkklaw.com

5839 Mtn to Ext

- 3 -