90/08-5839.DW.mew

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 08 C 984 |
| ) | |
| VILLAGE OF FOREST VIEW, an Illinois ) | Judge Charles P. Kocoras |
| Municipal Corporation; and GLEN DAVID; ) | |
| and JEFFREY GALE, Both in Their Individual ) | Magistrate Maria Valdez |
| and in Their Official Capacities as Officers of ) | |
| the VILLAGE OF FOREST VIEW POLICE ) | |
| DEPARTMENT; and LESTER ANTOS; ) | |
| RALPH RIHA; and DAVID DELORENZO, ) | |
| Both in Their Individual and Their Official ) | |
| Capacities as Officers of the VILLAGE OF ) | |
| FOREST VIEW FIRE DEPARTMENT; ) | |
| VILLAGE OF BROOKFIELD, An Illinois ) | |
| Municipal Corporation; and THOMAS ) | |
| SCHOENFELD; MICHAEL MANESCALCHI; ) | |
| JEFFREY LEH; and MICHELLE ROBBINS, ) | |
| Both in Their Individual and in Their Official ) | |
| Capacities as Officers of the VILLAGE OF ) | |
| BROOKFIELD POLICE DEPARTMENT; ) | |
| COUNTY OF COOK, an Illinois Municipal ) | |
| Corporation; and J. SCOTT DENTON; ) | |
| ANTHONY ORTIZ; MARVIN MENCONI, ) | |
| Both in Their Individual and in Their Official ) | |
| Capacities as Officers of the COUNTY OF ) | |
| COOK, OFFICE OF THE MEDICAL ) | |
| EXAMINER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 5, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P. Kocoras, or any judge sitting in his stead in courtroom 1725 usually occupied by him at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached: **DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER**.

A copy of such pleading is attached hereto and herewith served upon you.

s/ Misha Desai
MISHA DESAI, Attorney I.D. #6292695
One of the attorneys for the Defendants
VILLAGE OF FORESTVIEW; DAVID GLENN
and SGT. GALE both individually and in their
official capacity as officers of the Village of
Forestview Police Department; Firefighters
ANTOS, RIHA, DELORENZO both individually
and in their official capacity as officers of the
Village of Forestview Fire Department

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on June 3, 2008, the foregoing ***NOTICE OF MOTION*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

- **Misha Desai**
  mdesai@khkklaw.com

- **Daniel J. Fahlgren**
  dfahlgr@cookcountygov.com

- **Nicholas Constantine Kefalos**
  nkefalos@vernormoran.com

- 3 -

- **William W. Kurnik**
  bkurnik@khkklaw.com

- **John Francis O'Reilly**
  oreillylaw@msn.com

- **Molly Maureen O'Reilly**
  mollyoreillylaw@yahoo.com

                                          s/ Misha Desai
MISHA DESAI, Attorney I.D. #6292695
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:     847-298-8000
Facsimile:     847-298-8014
E-Mail:         mdesai@khkklaw.com

5839 NOM For Extension 08-06-03