IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO: 2008 C 984 |
| ) | Judge Kocoras |
| VILLAGE OF FOREST VIEW, an Illinois ) | Magistrate Judge Valdez |
| municipal corporation, and DAVID GLENN ) | |
| and SERGEANT GALE, both in their individual ) | |
| and official capacities as officers of the VILLAGE ) | |
| OF FOREST VIEW POLICE DEPARTMENT and ) | |
| FIREFIGHTER ANTOS, FIREFIGHTER RIHA, ) | |
| FIREFIGHTER DELORENZO, both in their ) | |
| individual and official capacities as officers of the ) | |
| VILLAGE OF FOREST VIEW FIRE ) | |
| DEPARTMENT ) | |
| ) | |
| and ) | |
| ) | |
| VILLAGE OF BROOKFIELD, an Illinois ) | |
| municipal corporation, and THOMAS ) | |
| SCHOENFELD, MICHAEL MANESCALCHI, ) | |
| JEFFREY LEH, MICHELLE ROBBINS, both in ) | |
| their individual capacities and official capacities as ) | |
| officers of the VILLAGE OF BROOKFIELD ) | |
| POLICE DEPARTMENT ) | |
| ) | |
| and ) | |
| ) | |
| COUNTY OF COOK, an Illinois municipal ) | |
| corporation, J. SCOTT DENTON, ) | |
| INVESTIGATOR ORTIZ, INVESTIGATOR ) | |
| MENCONI, both in their individual and official ) | |
| capacities as officers of the COUNTY OF COOK, ) | |
| OFFICE OF THE MEDICAL EXAMINER ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' VILLAGE OF BROOKFIELD. MICHAEL MANESCALCHI, JEFFREY LEH & MICHELLE ROBBINS' MOTION TO JOIN CO-DEFENDANTS' VILLAGE OF FOREST VIEW, ET AL'S MOTION FOR EXTENSION OF TIME**

NOW COMES the Defendants, the VILLAGE OF BROOKFIELD, an Illinois municipal corporation, MICHAEL MANESCALCHI, JEFFREY LEH, MICHELLE ROBBINS, both in their individual capacities and official capacities as officers of the VILLAGE OF BROOKFIELD POLICE DEPARTMENT, by and through their attorneys, O'REILLY LAW OFFICES, and as for their Motion to Join Defendants' Village of Forest View, David Glenn and Sergeant Gale both individually and in their official capacity as officers of the Village of Forest View Police Department, Firefighters Antos, Riha, Delorenzo both individually and in their official capacity as officers of the Village of Forest View Fire Department, Motion for Extension of Time in Which to File Answer, states as follows:

1. The Defendants, Village of Forest View, David Glenn and Sergeant Gale both individually and in their official capacity as officers of the Village of Forest View Police Department, Firefighters Antos, Riha, Delorenzo both individually and in their official capacity as officers of the Village of Forest View Fire Department, filed their Motion for Extension of Time in Which to file Answer on June 3, 2008.

2. Defendants respectfully move for an extension in which to file answer and in support thereof, state as follows:

3. The answer is due on June 6, 2008 and a status date has been set for June 11, 2008.

4. Defendants respectfully request a 14-day extension from the status date of June 11, 2008 on or before June 25, 2008

WHEREFORE, the Defendants, VILLAGE OF BROOKFIELD, an Illinois municipal corporation, MICHAEL MANESCALCHI, JEFFREY LEH, MICHELLE ROBBINS, both in their individual capacities and official capacities as officers of the VILLAGE OF BROOKFIELD POLICE DEPARTMENT move this Honorable Court to enter an order allowing them to join and adopt the Co-Defendants, Village of Forest View, David Glenn and Sergeant Gale both individually and in their official capacity as officers of the Village of Forest View Police Department, Firefighters Antos, Riha, Delorenzo both individually and in their official capacity as officers of the Village of Forest View Fire Department's, Motion for Extension of Time in Which to File Answer and to allow these Defendants to file their own Answer to the Plaintiff's Complaint at Law on or before June 25, 2008.

Dated: June 4, 2008

By:    /s/ John F. O'Reilly
      O'REILLY LAW OFFICES
      Attorneys for Certain Defendants
      1751 S. Naperville Rd, #101
      Wheaton, IL  60187
      Telephone:  630/665-4444
      Attorney No. 6207408
      E-mail:  oreillylaw@msn.com