IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEANN SEXTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 2008 C 984 |
| | ) | Judge Kocoras |
| VILLAGE OF FOREST VIEW, an Illinois | ) | Magistrate Judge Valdez |
| municipal corporation, and DAVID GLENN | ) | |
| and SERGEANT GALE, both in their individual | ) | |
| and official capacities as officers of the VILLAGE | ) | |
| OF FOREST VIEW POLICE DEPARTMENT and | ) | |
| FIREFIGHTER ANTOS, FIREFIGHTER RIHA, | ) | |
| FIREFIGHTER DELORENZO, both in their | ) | |
| individual and official capacities as officers of the | ) | |
| VILLAGE OF FOREST VIEW FIRE | ) | |
| DEPARTMENT | ) | |
| | ) | |
| and | ) | |
| | ) | |
| VILLAGE OF BROOKFIELD, an Illinois | ) | |
| municipal corporation, and THOMAS | ) | |
| SCHOENFELD, MICHAEL MANESCALCHI, | ) | |
| JEFFREY LEH, MICHELLE ROBBINS, both in | ) | |
| their individual capacities and official capacities as | ) | |
| officers of the VILLAGE OF BROOKFIELD | ) | |
| POLICE DEPARTMENT | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COUNTY OF COOK, an Illinois municipal | ) | |
| corporation, J. SCOTT DENTON, | ) | |
| INVESTIGATOR ORTIZ, INVESTIGATOR | ) | |
| MENCONI, both in their individual and official | ) | |
| capacities as officers of the COUNTY OF COOK, | ) | |
| OFFICE OF THE MEDICAL EXAMINER | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED that on the **5th day of June,** at the opening of Court on said date at **10:30 a.m.** or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable Charles P. Kocoras** or any other presiding judge in **Courtroom 1725** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows:  to present the Defendants' Village of Brookfield, et al's Motion to Join, a copy of which is attached hereto, and has also been electronically filed, at which time and place you may appear as you see fit so to do.

**PROOF OF SERVICE**

I hereby certify that on June 4, 2008, I electronically filed the foregoing Notice of Motion and Motion to Join with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Nicholas Kefalos | Misha Desai |
| Vernor Moran,LLC | Knight, Hoppe, Kurnik & Knight |
| 27 N. Wacker Drive, #2000 | 2860 River Road, #400 |
| Chicago, IL 60606 | Chicago, IL 60018 |
| E-mail: nkefalos@vernormoran.com | mdesai@khkklaw.com |

Daniel J. Fahlgren
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
dfahlgr@cookcountygov.com

By:   /s/ John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Certain Defendants
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6207408
E-mail:  oreillylaw@msn.com