UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Leann Sexton
                        Plaintiff,

v.                                          Case No.: 1:08−cv−00984
                                                       Honorable Charles P. Kocoras

Village of Forest View, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:The Court has received two (2) motions [15] [17] that have been noticed for hearing on 6/5/2008 at 10:30 a.m. Counsel are reminded that the Court hears motions at 9:30 a.m. on Tuesdays, Wednesdays and Thursdays. In the event that an appearance is required on 6/5/2008, the motions will be heard at 9:30 a.m., not 10:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.