UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Leann Sexton
                    Plaintiff,

v.                                 Case No.: 1:08−cv−00984
                                            Honorable Charles P. Kocoras

Village of Forest View, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Defendants Village of Brookfield, Manescalchi, Ley and Robbins' motion [17] to join co−defendants' Village of Forest View et al's motion [15] for extension of time is granted. Defendants Village of Forest View et al's motion [15] for an extension of time to file an answer is granted. Hearing on said motions, set for 6/5/2008, is stricken. All defendants are given to 6/25/2008 to answer or otherwise plead. Status hearing is reset from 6/11/2008 to 6/25/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.