UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 984 |
| ) | |
| v. ) | |
| ) | Charles P. Kocoras |
| VILLAGE OF FOREST VIEW, ET AL., ) | |
| ) | |
| Defendants. ) | |

**COUNTY DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Defendants, Dr. J. Scott Denton, Marvin Menconi, and Anthony Ortiz of the Cook County Medical Examiner's Office, and the County of Cook ("the County Defendants") by their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, and through his Assistant State's Attorney, Daniel J. Fahlgren, and pursuant to Rule 12(b) 6 of the Federal Rules of Civil Procedure, move to the First Amended Complaint for failure to state a claim upon which relief can be granted. In support hereof, the County Defendants submit the attached memorandum of law.

                                                  Respectfully Submitted,

                                                  RICHARD A. DEVINE
                                                  State's Attorney of Cook County

                            By: *s/Daniel J. Fahlgren*
                                                  Daniel J. Fahlgren
                                                  Assistant State's Attorney
                                                  500 Richard J. Daley Center
                                                  Chicago, IL 60602
                                                  (312) 603-3304
                                                  6201163