## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 984 |
| ) | |
| v. ) | |
| ) | Judge Charles P. Kocoras |
| VILLAGE OF FOREST VIEW, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   See attached Service list

PLEASE TAKE NOTICE that on **June 25, 2008 at 9:30 A.M**. I shall appear before the Honorable Judge Kocoras, in the courtroom usually occupied by him in the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Cook County's Defendants Motion to Dismiss the First Amended Complaint and Memorandum of Law in Support.**

> RICHARD A. DEVINE
>
> State's Attorney of Cook County
>
> By:  *s/Daniel J. Fahlgren*
>       Daniel J. Fahlgren
>       Assistant State's Attorney
>       500 Richard J. Daley Center
>       Chicago, Illinois 60602
>        (312) 603-3304
>         6201163

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that I served the named documents on the person listed above on June 17, 2008 electronically, pursuant to ECF Gen Order XI (C).

            *s/ Daniel J. Fahlgren*

# SERVICE LIST

**Plaintiff's attorney**

Nicholas C. Kefalos
Vernor Moran LLC
27 N. Wacker Dr.
#2000
Chicago, IL 60606-2800

**Co Defendants**

**Forest View**

William W. Kurnik
Knight, Hoppe, Kurnik and Knight, LLC
2860 River Road
Suite 400
Des Plaines, IL 60018-6009

**Brookfield**

John F. O'Reilly
Molly O'Reilly
O'Reilly Law Offices
1751 South Naperville Road
Suite 101
Wheaton, IL 60187-0907