90/08-5839.DW.mew

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON, | ) |
|                 Plaintiff, | ) |
| v. | ) No.: 08 C 984 |
| VILLAGE OF FOREST VIEW, an Illinois Municipal Corporation; and GLEN DAVID; and JEFFREY GALE, Both in Their Individual and in Their Official Capacities as Officers of the VILLAGE OF FOREST VIEW POLICE DEPARTMENT; and LESTER ANTOS; RALPH RIHA; and DAVID DELORENZO, Both in Their Individual and Their Official Capacities as Officers of the VILLAGE OF FOREST VIEW FIRE DEPARTMENT; VILLAGE OF BROOKFIELD, An Illinois Municipal Corporation; and THOMAS SCHOENFELD; MICHAEL MANESCALCHI; JEFFREY LEH; and MICHELLE ROBBINS, Both in Their Individual and in Their Official Capacities as Officers of the VILLAGE OF BROOKFIELD POLICE DEPARTMENT; COUNTY OF COOK, an Illinois Municipal Corporation; and J. SCOTT DENTON; ANTHONY ORTIZ; MARVIN MENCONI, Both in Their Individual and in Their Official Capacities as Officers of the COUNTY OF COOK, OFFICE OF THE MEDICAL EXAMINER, | ) Judge Charles P. Kocoras<br><br>) Magistrate Maria Valdez |
|                 Defendant. | ) |

**FOREST VIEW DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW**

      NOW COME the Defendants, VILLAGE OF FOREST VIEW, an Illinois Municipal Corporation; and GLEN DAVID; and JEFFREY GALE, Both in Their

Individual and in Their Official Capacities as Officers of the VILLAGE OF FOREST VIEW POLICE DEPARTMENT; and LESTER ANTOS; RALPH RIHA; and DAVID DELORENZO, Both in Their Individual and Their Official Capacities as Officers of the VILLAGE OF FOREST VIEW FIRE DEPARTMENT; by and their attorneys, William W. Kurnik and Misha Desai, and, pursuant to F.R.Civ.P. 12(b)(6), moves to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief may be granted. In support, the undersigned submits the following:

1. The Plaintiff, Leann Sexton, a records clerk employed by the Village of Brookfield, found her mother had committed suicide by hanging herself.

2. Plaintiff alleges that all the Defendants conspired to get her fired by agreeing to Manufacture lies about the cause of death of her mother in an effort to contradict the Plaintiff's statements about the circumstances surrounding her mother's death.

3. The Plaintiff brings this action under 42 U.S.C. §1983 (alleging due process violations in Counts II and IV and equal protection violations in Count I and III) and there are pendant state claims for defamation (Count V).

4. Counts I, II, III and IV fail to state a cause of action because Plaintiff's claim for conspiracy does not identify a plausible claim for relief and defamation is not actionable under Section 1983.

5. Count I fails to state a claim upon which relief may be granted because a class of one equal protection claim cannot be maintained in the public employment context.

6. Counts II and IV of the complaint, seeking damages alleging that the Plaintiff's due process rights were violated, fail to state claims upon which relief may be granted since the complaint shows that, on its face, that the Plaintiff had an opportunity to be

heard prior to the termination of her employment and under Illinois law there exists an adequate post-termination hearing procedure available in the form of the common law *writ of certiorari*; and defamation, standing alone, is not a tort of constitutional dimension.

7.      Accusations made by the Forest View Defendants that the Plaintiff had lied, even though those lies are alleged to have been the basis of the termination of the employment of the employment of the Plaintiff, involve constitutionally protected speech and cannot give rise to a claim under either the equal protection clause or the due process clause of the Fourteenth Amendment.

8.      The individual defendants are entitled to qualified immunity because the Plaintiff has failed to plead that their actions were unconstitutional.

9.      Count V fails to state a cause of action because the action is barred by the one-year statute of limitations provision set forth in the Tort Immunity Act (745 ILCS 10/8-101) as the lawsuit was not timely filed.

WHEREFORE, the Defendants, VILLAGE OF FOREST VIEW, an Illinois Municipal Corporation; and GLEN DAVID; and JEFFREY GALE, Both in Their Individual and in Their Official Capacities as Officers of the VILLAGE OF FOREST VIEW POLICE DEPARTMENT; and LESTER ANTOS; RALPH RIHA; and DAVID DELORENZO, Both in Their Individual and Their Official Capacities as Officers of the VILLAGE OF FOREST VIEW FIRE DEPARTMENT; VILLAGE OF BROOKFIELD, an Illinois Municipal Corporation, respectfully request that this cause of action be dismissed in accordance with the foregoing.

                                              Respectfully submitted by,

s/ Misha Desai
Misha Desai, Attorney I.D. #6292695,
One of the attorneys for the Defendants
VILLAGE OF FORESTVIEW; DAVID
GLENN and SGT. GALE both individually
and in their official capacity as officers of
the Village of Forestview Police
Department; Firefighters ANTOS, RIHA,
DELORENZO both individually and in their
official capacity as officers of the Village of
Forestview Fire Department

KNIGHT, HOPPE, KURNIK & KNIGHT,
LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:    847-298-8000
Facsimile:    847-298-8014
E-Mail:       mdesai@khkklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on June 3, 2008, the foregoing ***MOTION TO DISMISS*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

- **Misha Desai**
  mdesai@khkklaw.com

- **Daniel J. Fahlgren**
  dfahlgr@cookcountygov.com

- **Nicholas Constantine Kefalos**
  nkefalos@vernormoran.com

- **William W. Kurnik**
  bkurnik@khkklaw.com

- **John Francis O'Reilly**
  oreillylaw@msn.com

- **Molly Maureen O'Reilly**
  mollyoreillylaw@yahoo.com

s/ Misha Desai
MISHA DESAI, Attorney I.D. #6292695
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:   847-298-8000
Facsimile:   847-298-8014
E-Mail:      mdesai@khkklaw.com

5839 MTD 08-06-23