IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEANN SEXTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 2008 C 984 |
| | ) | Judge Kocoras |
| VILLAGE OF FOREST VIEW, an Illinois municipal corporation, and DAVID GLENN and SERGEANT GALE, both in their individual and official capacities as officers of the VILLAGE OF FOREST VIEW POLICE DEPARTMENT and FIREFIGHTER ANTOS, FIREFIGHTER RIHA, FIREFIGHTER DELORENZO, both in their individual and official capacities as officers of the VILLAGE OF FOREST VIEW FIRE DEPARTMENT | ) | Magistrate Judge Valdez |
| and | ) | |
| VILLAGE OF BROOKFIELD, an Illinois municipal corporation, and THOMAS SCHOENFELD, MICHAEL MANESCALCHI, JEFFREY LEH, MICHELLE ROBBINS, both in their individual capacities and official capacities as officers of the VILLAGE OF BROOKFIELD POLICE DEPARTMENT | ) | |
| and | ) | |
| COUNTY OF COOK, an Illinois municipal corporation, J. SCOTT DENTON, INVESTIGATOR ORTIZ, INVESTIGATOR MENCONI, both in their individual and official capacities as officers of the COUNTY OF COOK, OFFICE OF THE MEDICAL EXAMINER | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2008, I electronically filed the Motion to Dismiss and Memorandum of Law in support of Motion to Dismiss on behalf of the Defendants, Village of Brookfield, an Illinois Municipal Corp., and Michael Manescalchi, Jeffrey Leh, and Michelle Robbins, both in their individual and in their official capacities as officers of the Village of Brookfield Police Department, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System, which will send the Notice of Electronic Filing to the following:

Nicholas Kefalos
Vernor Moran, LLC
27 N. Wacker Drive, #2000
Chicago, IL 60606
E-mail:  nkefalos@vernormoran.com

Misha Desai
Knight, Hoppe, Kurnik & Knight
2860 River Road, #400
Chicago, IL 60018
mdesai@khkklaw.com

Daniel J. Fahlgren
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
dfahlgr@cookcountygov.com

By:   /s/ John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Certain Defendants
1751 S. Naperville Rd, #101
Wheaton, IL 60187
Telephone: 630/665-4444
Attorney No. 6207408
E-mail: oreillylaw@msn.com

2