## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Leann Sexton
         Plaintiff,

v.                Case No.: 1:08−cv−00984
               Honorable Charles P. Kocoras

Village of Forest View, et al.
         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

  MINUTE entry before the Honorable Charles P. Kocoras: Status and motion hearing held on 6/25/2008. Plaintiff is given to 7/23/2008 to file an amended complaint. Status hearing and all pending motions [22] [25] [28] to dismiss are entered and continued to 7/30/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.