IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF FOREST VIEW, an Illinois municipal<br>corporation, and GLENN DAVID, and JEFFREY GALE,<br>both in their individual and in their official capacities as<br>officers of the VILLAGE OF FOREST VIEW<br>POLICE DEPARTMENT, and LESTER ANTOS,<br>RALPH RIHA and DAVID DELORENZO, both in their<br>individual and their official capacities as officers of the<br>VILLAGE OF FOREST VIEW FIRE DEPARTMENT,<br><br>and<br><br>VILLAGE OF BROOKFIELD, an Illinois municipal<br>corporation, and THOMAS SCHOENFELD, MICHAEL<br>MANESCALCHI, JEFFREY LEH, and MICHELLE<br>ROBBINS both in their individual and in their official<br>capacities as officers of the VILLAGE OF BROOKFIELD<br>POLICE DEPARTMENT,<br><br>and<br><br>COUNTY OF COOK, an Illinois municipal corporation,<br>and J. SCOTT DENTON, ANTHONY ORTIZ,<br>MARVIN MENCONI, both in their individual and in their<br>official capacities as officers of the COUNTY OF COOK,<br>OFFICE OF THE MEDICAL EXAMINER,<br><br>Defendants. | Judge Charles P. Kocoras<br><br>Magistrate Maria Valdez<br><br><br><br><br><br>Civil Action No.  08 C 984<br><br><br><br><br><br>FILED VIA E-FILING |

<u>PLAINTIFF'S REQUEST FOR ONE WEEK EXTENSION OF TIME TO FILE
AMENDED COMPLAINT</u>

NOW COMES, Plaintiff, LEANNE SEXTON, by her undersigned attorney, and

pursuant to Fed. R. Civ. P. 6 requests that this Court grant her a seven day extension of time

in which to file her amended Complaint, or until July 30, 2008, and, in support of this motion, Plaintiff states as follows:

1.     The parties were last before the Court on June 25, 2008, for status and motion hearing whereupon the Court entered a Minute Order providing for:

> Plaintiff is given to 7/23/2008 to file an amended complaint. Status hearing and all pending motions <u>22</u> <u>25</u> <u>28</u> to dismiss are entered and continued to 7/30/2008 at 9:30 a.m.

Ct.'s Minute Order, entered June 25, 2008.

2.     Defendants COUNTY OF COOK, J. SCOTT DENTON, ANTHONY ORTIZ, and MARVIN MENCONI filed their motion to dismiss on June 17, 2008.

3.     Defendants JEFFREY GALE, LESTER ANTOS, RALPH RHIA, DAVID DELORENZO, VILLAGE OF FOREST VIEW and DAVID GLENN filed their motion to dismiss on June 23, 2008.

4.     Defendants VILLAGE OF BROOKFIELD, MICHAEL MANESCALCHI, JEFFREY LEH and MICHELLE ROBBINS filed their motion to dismiss on June 24, 2008.

5.     All Defendants make legal and factual arguments in their motions to dismiss which Plaintiff believes she can address by amending her Complaint, if given the requested extension of time for her attorney to do so.

6.     Counsel for Plaintiff telephoned Misha Desai, attorney for Defendants VILLAGE OF FOREST VIEW, DAVID GLENN, JEFFREY GALE, LESTER ANTOS, RALPH RIHA and DAVID DELORENZO on July 17, 2008 requesting more time to file Plaintiff's amended Complaint. Attorney Desai has no objection to Plaintiff's request for an extension of time.

2

7.      Counsel for Plaintiff telephoned Daniel Falhgren, attorney for Defendants COUNTY OF COOK, J. SCOTT DENTON, ANTHONY ORTIZ and MARVIN MENCONI on July 17, 2008 requesting more time to file Plaintiff's amended Complaint. Attorney Falhgren has no objection to Plaintiff's request for an extension of time.

8.      Counsel for Plaintiff telephoned John O'Reilly, attorney for Defendants VILLAGE OF BROOKFIELD, MICHAEL MANESCALCHI, JEFFREY LEH, and MICHELLE ROBINS on July 17, 2008 requesting more time to file Plaintiff's amended Complaint. Attorney O'Reilly has no objection to Plaintiff's request for an extension of time.

9.      This motion is not being made for undue delay or for any other improper purpose. To the contrary, this motion is presented to allow Plaintiff adequate time to amend her Complaint to address all issues in Defendants' motions to dismiss, thereby obviating the need for briefing and hearing on those issues and motions.


        WHEREFORE, there being no objection by any of the Defendants, Plaintiff LEANNE SEXTON, by her undersigned attorney, prays that this Court allow her a seven day extension of time in which to amend her Complaint, or until July 30, 2008 and for all other relief that is proper under the circumstances.

                                    Respectfully,

Dated: July 18, 2008               LEANN SEXTON, Plaintiff.

                                    By:  s/Nicholas C. Kefalos
                                        One of her attorneys

Nicholas C. Kefalos
Adolfo Mondragón
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460