IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF FOREST VIEW, an Illinois municipal corporation, and GLENN DAVID, and JEFFREY GALE, both in their individual and in their official capacities as officers of the VILLAGE OF FOREST VIEW POLICE DEPARTMENT, and LESTER ANTOS, RALPH RIHA and DAVID DELORENZO, both in their individual and their official capacities as officers of the VILLAGE OF FOREST VIEW FIRE DEPARTMENT,<br><br>and<br><br>VILLAGE OF BROOKFIELD, an Illinois municipal corporation, and THOMAS SCHOENFELD, MICHAEL MANESCALCHI, JEFFREY LEH, and MICHELLE ROBBINS both in their individual and in their official capacities as officers of the VILLAGE OF BROOKFIELD POLICE DEPARTMENT,<br><br>and<br><br>COUNTY OF COOK, an Illinois municipal corporation, and J. SCOTT DENTON, ANTHONY ORTIZ, MARVIN MENCONI, both in their individual and in their official capacities as officers of the COUNTY OF COOK, OFFICE OF THE MEDICAL EXAMINER,<br><br>Defendants. | Judge Charles P. Kocoras<br><br>Magistrate Maria Valdez<br><br>Civil Action No. 08 C 984<br><br>FILED VIA E-FILING |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, July 23, 2008 at 9:30 a.m., or as soon as counsel may be heard, I shall appear before Judge Charles P. Kocoras, or any judge sitting in his stead, in courtroom 1725 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **PLAINTIFF'S**

**REQUEST FOR ONE WEEK EXTENSION OF TIME TO FILE AMENDED COMPLAINT.**

Dated: July 18, 2008.                    LEANN SEXTON, Plaintiff.

                                         By: s/Nicholas C. Kefalos
                                             One of her Attorneys

Nicholas C. Kefalos
Adolfo Mondragón
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460

## CERTIFICATE OF SERVICE

I, Nicholas C. Kefalos, hereby certify that on this 18th day of July, 2008, a true and correct copy of the foregoing **NOTICE OF MOTION** and **PLAINTIFF'S REQUEST FOR ONE WEEK EXTENSION OF TIME TO FILE AMENDED COMPLAINT,** was served electronically upon the below-named counsel of record via the court's CM/ECF system:

| | |
|---|---|
| William Kurnik | John Francis O'Reilly |
| Misha Desai | Molly Maureen O'Reilly |
| KNIGHT, HOPPE, KURNIK & | O'REILLY LAW OFFICES |
| KNIGHT, LTD. | 1751 South Naperville Road, Suite 101 |
| 2860 River Road, Suite 400 | Wheaton, IL 60187-0907 |
| Des Plaines, IL 60018-6009 | |

Daniel J. Fahlgren
State's Attorney of Cook County
500 Richard J. Daley Center
Chicago, IL 60602-1305

                                         s/Nicholas C. Kefalos
                                         NICHOLAS C. KEFALOS

Nicholas C. Kefalos
Adolfo Mondragón
VERNOR MORAN, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
(312) 264-4460