**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Leann Sexton
                                    Plaintiff,

v.                                                              Case No.: 1:08−cv−00984
                                                                Honorable Charles P. Kocoras

Village of Forest View, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion [31] for an extension of time to 7/30/2008 to file an amended complaint is granted. Hearing on said motion, set for 7/23/2008, is stricken. Status and hearing on all other pending motions [22] [25] and [28] are reset from 7/30/2008 to 8/14/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.