IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN SEXTON, <br><br>Plaintiff, <br><br>v. <br><br>VILLAGE OF FOREST VIEW, an Illinois municipal corporation, and GLENN DAVID, and JEFFREY GALE, both in their individual and in their official capacities as officers of the VILLAGE OF FOREST VIEW POLICE DEPARTMENT, and LESTER ANTOS, RALPH RIHA and DAVID DELORENZO, both in their individual and their official capacities as officers of the VILLAGE OF FOREST VIEW FIRE DEPARTMENT, <br><br>and <br><br>VILLAGE OF BROOKFIELD, an Illinois municipal corporation, and THOMAS SCHOENFELD, MICHAEL MANESCALCHI, JEFFREY LEH, and MICHELLE ROBBINS both in their individual and in their official capacities as officers of the VILLAGE OF BROOKFIELD POLICE DEPARTMENT, <br><br>and <br><br>COUNTY OF COOK, an Illinois municipal corporation, and J. SCOTT DENTON, ANTHONY ORTIZ, MARVIN MENCONI, both in their individual and in their official capacities as officers of the COUNTY OF COOK, OFFICE OF THE MEDICAL EXAMINER, <br><br>Defendants. | Judge Charles P. Kocoras <br><br>Magistrate Maria Valdez <br><br><br>Civil Action No. 08 C 984 <br><br><br><br>FILED VIA E-FILING |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff LEANN SEXTON voluntarily dismisses the above-captioned action against all of the named Defendants, without prejudice.

Dated: September 4, 2008                    LEANN SEXTON, Plaintiff,

                                             By: s/Nicholas C. Kefalos
                                                 Her Attorney

Nicholas C. Kefalos, Atty. No. 6270051
VERNOR MORAN, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
(312) 264-4460

## CERTIFICATE OF SERVICE

I, Nicholas C. Kefalos, hereby certify that on this 4th day of September, 2008, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF ACTION** was served electronically upon the below-named counsel of record via the court's CM/ECF system:

Daniel J. Fahlgren, Esq.
Assistant State's Attorney
COOK COUNTY STATE'S
ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, IL 60602

dfahlgr@cookcountygov.com

John Francis O'Reilly
Molly Maureen O'Reilly
O'REILLY LAW OFFICES
1751 South Naperville Road, Suite 101
Wheaton, IL 60187-0907

oreillylaw@msn.com
mollyoreillylaw@yahoo.com

William W. Kurnik, Esq.
Misha Desai, Esq.
KNIGHT, HOPPE, KURNIK &
KNIGHT, LLC
2860 River Road, Suite 400
Des Plaines, IL 60018-6009

bkurnik@khkklaw.com
mdesai@khkklaw.com

                                                  s/Nicholas C. Kefalos
                                                  NICHOLAS C. KEFALOS

Nicholas C. Kefalos, Atty. No. 6270051
VERNOR MORAN, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
(312) 264-4460