# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 984 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Sexton vs. Village of Forest View et al | | |

**DOCKET ENTRY TEXT**

Plaintiff having filed a notice of voluntary dismissal of action [36], this cause is hereby dismissed without prejudice. Said dismissal will become with prejudice on 10/10/2008 unless the complaint is reinstated, or if plaintiff is given an extension of time to reinstate. All pending motions are presently moot. Status hearing set for 9/10/2008 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|